In the Matter of JAMES WW., a Child Alleged to be Permanently Neglected. RENSSELAER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; TARA XX., Appellant. (And Another Related Proceeding.)

Submitted January 28, 2013; decided February 19, 2013

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

TULSA KNOX, Appellant, v NEW YORK CITY DEPARTMENT OF EDUCATION, Respondent.

Submitted January 7, 2013; decided February 19, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

L&L ASSOCIATES HOLDING CORP., Respondent, v JOSEPH A.F. SADOWSKI, Appellant, et al., Defendants.

Submitted January 14, 2013; decided February 19, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.

LINGFEI SUN, Appellant, v CITY OF NEW YORK et al., Defendants, and NEW YORK CITY HEALTH AND HOSPITALS CORPORATION et al., Respondents.

Submitted January 18, 2013; decided February 19, 2013

Motion for reargument of motion for leave to appeal denied [see 20 NY3d 854 (2012)].

Judge RIVERA taking no part.